McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
88 Pine Street
24th Floor
New York, New York 10005
Attorneys for Plaintiff,
Massachusetts Mutual Life Insurance Company

By: _____
         Randi F. Knepper, Esq.

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW YORK |
| Plaintiff, | |
| vs. | : CIVIL ACTION NO.: 07-cv-8453 |
| DANA LEVY, ANDREW LEVY, AND SUSAN ("SUZANNE") WEISSMAN, | |
| Defendants. | |

### CIVIL ACTION – RULE 7.1 STATEMENT

The following is a list of all corporate parents of Massachusetts Mutual Life Insurance Company which own more than 10% of its stock: None.

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Plaintiff,
Massachusetts Mutual Life Insurance Company

By: _____
         Randi F. Knepper

Date: October 1, 2007
950953_1.DOC