*CHIN, 5.*

*Return to Cashiers interest bearing acct*

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Attorneys at Law
88 Pine Street
24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Plaintiff,
Massachusetts Mutual Life Insurance Company

By: /s/ _____
     Randi F. Knepper, Esq.

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2007
```

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | : UNITED STATES DISTRICT COURT<br>: SOUTHERN DISTRICT OF<br>: NEW YORK |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.: 07CV8453(DC) |
| DANA LEVY, ANDREW LEVY, AND SUSAN ("SUZANNE") WEISSMAN, | : |
| Defendants. | : |

---

### CIVIL ACTION – ORDER TO DEPOSIT SUM OF MONEY WITH THE COURT

---

The above entitled cause having come before the Court upon the application filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for plaintiff, Massachusetts Mutual Life Insurance Company, to deposit a sum of money with the Court pursuant to Rule 67 of the Federal Rules of Civil Procedure and Rule 8 of the General Rules of this Court, and the Court having considered the application;

**NOW THEREFORE**, it is on this 17th day of Oct., 2007

**ORDERED** that the motion to Deposit a Sum of Money with the Court shall be, and is

hereby, granted; and it is further

ORDERED that such sum, to wit, $ 150,370 82/xx, be deposited by the Clerk into the Registry of this Court as soon as the business of this office allows, and the Clerk shall deposit these funds into an interest-bearing account; and it is further

ORDERED that the sum so invested in the interest-bearing account shall remain on deposit until further order of this Court; and it is further

ORDERED that the Clerk shall deduct a fee for the handling of the funds, as authorized by the Judicial Conference of the United States and as set by the Director of the Administrative Office at equal to ten percent (10%) of the income earned for deduction in the investment so held and without further order of the Court; and it is further

ORDERED that a certified copy of this Order shall be personally served upon the Clerk of this Court, or upon the Financial Deputy Clerk.

_____
U.S.D.J.

999335_1.doc